UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80718-ROSENBERG

FRANCO T. GARAY, ROBERTO GIL,
YANCCO REYES, and other similarly
situated individuals,

       Plaintiffs,

v.

REMART OF SOUTH FLORIDA LLC and
ARTURO A. PINO MARTINEZ,

       Defendants.
_____/

**ORDER DISMISSING CASE FOR FAILURE TO
PROSECUTE AND COMPLY WITH THE COURT'S ORDER**

    **THIS CAUSE** comes before the Court *sua sponte*. A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629. This Court's authority to dismiss a case for lack of prosecution is premised in "the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Id.* at 630-31.

    Here, Plaintiffs filed a timely motion for clerk's default on June 20, 2023. DE 11. Under the Court's Order on Defaults, [DE 5], Plaintiffs' deadline for entry of final default judgment was June 27, 2023, seven days after the entry of default. Plaintiffs did not move for entry of final default judgment at that time. Instead, on July 20, 2023, Plaintiffs filed a Motion for Extension of Time to File Motion for Default Judgment, requesting a deadline of August 17, 2023. DE 13. The

Court granted that motion. DE 14. The August 17 deadline passed with no motion by the Plaintiffs.

On August 23, 2023, the Court ordered Plaintiffs to either move for a default judgment or show cause why this case should not be dismissed for lack of prosecution by no later than August 25, 2023. DE 15. The Court warned Plaintiffs that failure to comply with the Court's Order may result in immediate dismissal of this case without prejudice. *Id.* The August 25 deadline passed with no motion or response from the Plaintiffs. Three days later, the Plaintiffs responded to the Court's Order by requesting an additional extension, until September 15, 2023. DE 16.

On October 6, 2023, the Court reset the deadline for Plaintiffs to file a motion for final default judgment to October 13, 2023. DE 17. The October 13 deadline passed with no motion or response from the Plaintiffs.

Therefore, the Court now dismisses the Complaint [DE 1] due to Plaintiff's failure to prosecute and comply with this Court's Orders. *See Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (finding courts undoubtedly possess the power to dismiss an action for "failure to prosecute with reasonable diligence or to comply with [the Court's] orders or rules of procedure"); *see also* Fed. R. Civ. P. 41(b).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE FOR LACK OF PROSECUTION**, and the Clerk of the Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 19th day of October, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE